AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

*Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)*

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howard, Jeffrey R. | Court of Appeals, 1st Cir. | 08/05/2001 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge Nominee | X Nomination, Date 08/02/2001 <br><br> ___ Initial ___ Annual ___ Final | 01/01/2000 to 08/05/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 11 Hensmith Road <br><br> Salisbury, NH 03268 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

☐ **NONE** (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Partner (01/99-05/00) | Choate, Hall & Stewart |
| 2 | Of Counsel (05/00-01/01) | Choate, Hall & Stewart |
| 3 | President (01/00-08/01) | Jeffrey R. Howard, P.C. |

## AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

☐ **NONE** (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 04/01/98 | Tax Deferred Savings With Former Law Firm |
| 2 | | |
| 3 | | |

## NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

☐ **NONE** (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 1999 | Choate, Hall & Stewart law practice compensation | 241,118 |
| 2 | 2000 | Choate, Hall & Stewart law practice compensation | 132,708 |
| 3 | 2001 | law and consulting practice compensation | 47,750 |
| | | | |

## ᷧ. REIMBURSEMENTS – transportation, lodging, food, entertainment.

*ɪcludes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| EXEMPT | | |

## . GIFTS

*ɪncludes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE (No such reportable gifts.) | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE | | | |
| EXEMPT | | | |

## ᷧ. LIABILITIES

*ɪludes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR (No reportable liabilities.) | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE | | | |
| NONE | | | |

AL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 NH Fed Credit Union Account | A | Interest | J | T | EXEMPT | | | | |
| 2 USG Equitable IRA | F | Distribution | J | T | EXEMPT | | | | |
| 3 Vanguard 500 | E | Distribution | J | T | EXEMPT | | | | |
| 4 Disney common | A | None | J | T | EXEMPT | | | | |
| 5 Sequenom common | A | None | J | T | EXEMPT | | | | |
| 6 Buy.com common | A | None | J | T | EXEMPT | | | | |
| 7 QEDI common | A | None | J | T | EXEMPT | | | | |
| 8 Cabletron common | A | None | J | T | EXEMPT | | | | |
| 9 Raytheon A common | A | None | J | T | EXEMPT | | | | |
| 10 Biogen | A | None | J | T | EXEMPT | | | | |
| 11 Emerge interactive common | A | None | J | T | EXEMPT | | | | |
| 12 Talisman common | A | None | J | T | EXEMPT | | | | |
| 13 Worldquest common | A | None | J | T | EXEMPT | | | | |
| 14 Exodus Comm. common | A | None | J | T | EXEMPT | | | | |
| 15 sale of land | C | None | J | T | EXEMPT | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

Inc/Gain Codes: (Col. B1, D4)  A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

Value Codes: (Col. C1, D3)  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Value Mth Codes: (Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated

## II.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*licate part of report.)*

## X.  CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____Jeffrey R. Howard_____  Date 8·5·01

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 17 | 000 | -- | Notes payable to banks—secured | 10 | 100 | -- |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | 4 | 500 | -- |
| Listed securities—add schedule | 7 | 124 | -- | Notes payable to relatives | 15 | 000 | -- |
| Unlisted securities—add schedule | | | | Notes payable to others | 5 | 100 | -- |
| Accounts and notes receivable: | 76 | 000 | -- | Accounts and bills due | 2 | 400 | -- |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | 76 | 000 | -- | Other unpaid tax and interest | | | |
| Doubtful | 36 | 000 | -- | Real estate mortgages payable—add schedule | 160 | 627 | -- |
| Real estate owned—add schedule | 285 | 000 | -- | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 55 | 000 | -- | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 197 | 727 | -- |
| | | | | Net Worth | 242 | 397 | -- |
| Total Assets | 440 | 124 | -- | Total liabilities and net worth | 440 | 124 | -- |
| CONTINGENT LIABILITIES | None | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |